IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HENRY BOUGARD JORDAN, #376491**                                **PLAINTIFF**

**v.**                         **CIVIL ACTION NO. 1:15-CV-340-LG-RHW**

**TODD COULTER, Correctional Medical Doctor**                **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 2nd day of May, 2016.

                                                          s/ *Louis Guirola, Jr.*
                                                          LOUIS GUIROLA, JR.
                                                          CHIEF U.S. DISTRICT JUDGE